# FINANCIAL DISCLOSUR REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978. (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hanen, Andrew Scott | United States District Court - Texas | May 10, 2005 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ___ Nomination Date _____  ___ Initial ✓ Annual ___ Final | January 1, 2004 through December 31, 2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 600 East Harrison Street, #301 Brownsville, Texas 78520 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ✔ NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ✔ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

2005 MAY 11 P 1:12
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ✔ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ✔ NONE (No reportable non-investment income.) | |
| 1 | |
| 2 | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Andrew Scott Hanen | May 10, 2005 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | **NONE** (No such reportable reimbursements.) | |
| 1 | State Bar Real Estate & Probate Section | Apr. 23-24 - South Padre Island, Texas - REPTL Council Meeting (meals) |
| 2 | State Bar Real Estate & Probate Section | Sept. 24-25 - Lajitas, Texas - REPTL Council Meeting (meals, hotel and transportation) |
| 3 | American Conference Institute | Feb. 2-4 - New York, New York - Employment Practices Liability Insurance panelist (meals, hotel, and transportation) |
| 4 | Texas Young Lawyer Association | Apr. 12 - Austin, Texas - Federal Judges Panel for the 2004 Federal Practice Seminar (transportation) |
| 5 | Texas Bar CLE | May 20-21 - Houston, Texas - Federal Court Practice 2004 speaker (hotel and transportation) |
| 6 | State Bar of Texas | June 11 - Austin, Texas - New Directors Orientation-federal court liaison (transportation) |
| 7 | State Bar of Texas | June 23-24 - San Antonio, Texas - Annual Meeting-federal court liaison (transportation, hotel, and meals) |
| 8 | State Bar of Texas | Sept. 16-17 - Galveston, Texas - Board of Directors Meeting-federal court liaiso (transportation, hotel, and meals) |
| 9 | State Bar of Texas | Nov. 12 - Austin, Texas - The New Lawyer Course panelist (transportation) |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ✔ | **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | PPH Mortgage Services (f/k/a Cendant Mortgage) | Mgt on SPI, Texas Prop. (Part VII, Line 76) | 0 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Andrew Scott Hanen | May 10, 2005 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 IRA - Account #1 - Treasury Strips | A | Interest | M | T | Buy | 11/10 | C | | |
| 2 IRA - Account #2 | A | Dividend | K | T | | | | | |
| 3 -Alliance Growth | | | | | | | | | |
| 4 -Alliance Premier | | | | | Sold | 2/10 | J | A | |
| 5 -Janus Small Cap | | | | | | | | | |
| 6 -Nations Marsico | | | | | | | | | |
| 7 -Oppenheimer App. | | | | | Buy | 2/10 | J | | |
| 8 -Oppenheimer App. | | | | | Partial Sale | 4/14 | J | A | |
| 9 -Oppenheimer App. | | | | | Partial Sale | 7/14 | J | A | |
| 10 -Oppenheimer App. | | | | | Partial Sale | 9/29 | J | A | |
| 11 -Oppenheimer App. | | | | | Partial Sale | 10/13 | J | A | |
| 12 -Oakmark Fund | | | | | | | | | |
| 13 -Del. Group | | | | | | | | | |
| 14 -Fidelity Adv. Div. | | | | | | | | | |
| 15 -Victory Diversified | | | | | | | | | |
| 16 -Hartford Growth | | | | | Buy | 2/10 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Andrew Scott Hanen | May 10, 2005 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 17 -Hartford Growth | | | | | Buy | 9/29 | J | | |
| 18 -IRA Acct. #3 | A | Dividend | K | T | | | | | |
| 19 -Alliance Growth | | | | | | | | | |
| 20 -Alliance Premier | | | | | Sale | 2/10 | J | A | |
| 21 -Janus Small Cap | | | | | | | | | |
| 22 -Nations Marsico | | | | | | | | | |
| 23 -Oppenheimer App. | | | | | Buy | 2/10 | J | A | |
| 24 -Oppenheimer App. | | | | | Partial Sale | 4/14 | J | A | |
| 25 -Oppenheimer App. | | | | | Partial Sale | 7/14 | J | A | |
| 26 -Oppenheimer App. | | | | | Partial Sale | 9/29 | J | A | |
| 27 -Oppenheimer App. | | | | | Partial Sale | 10/13 | J | A | |
| 28 -Oakmark Fund | | | | | | | | | |
| 29 -Del. Group | | | | | | | | | |
| 30 -Fidelity Adv. Div. | | | | | | | | | |
| 31 -Victory Diversified | | | | | | | | | |
| 32 -Hartford Growth | | | | | Buy | 2/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 33 -Hartford Growth | | | | | Buy | 9/29 | J | | |
| 34 Retirement Acct. #1 | C | Dividend | N | T | | | | | |
| 35 -Fidelity Ret. Gov. MM | | | | | | | | | |
| 36 Retirement Acct. #2 | B | Interest | L | T | | | | | |
| 37 -Guardian MFS Gov. | | | | | | | | | |
| 38 Brokerage Acct. No. 1 | | | | | | | | | |
| 39 -Texas Pub. Fin. Auth. Municipal Bond | C | Interest | L | T | | | | | |
| 40 -Travis County Municipal Bond | C | Interest | L | T | | | | | |
| 41 -Houston ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 42 -Pearland ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 43 -Killeen Tex. Municipal Bonds | C | Interest | L | T | | | | | |
| 44 -Katy Tex. ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 45 -Lubbock Tx. Tax & Wtrworks Municipal Bonds | C | Interest | L | T | | | | | |
| 46 -Univ. Tex. Revs. Fin. Mun cipal Bond | C | Interest | L | T | | | | | |
| 47 -Southlake Tex L/T Water Municipal Bonds | D | Interest | L | T | | | | | |
| 48 -Georgetown ISD Municipal Bond | C | Interest | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Andrew Scott Hanen | May 10, 2005 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions   (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 49  -Ft. Worth Tex ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 50  -UT Dev. Municipal Bonds | C | Interest | L | T | | | | | |
| 51  -Richardson Texas Municipal Bonds | C | Interest | L | T | | | | | |
| 52  -Allen Texas Rfdg. Municipal Bonds | C | Interest | L | T | | | | | |
| 53  -Plano ISD Municipal Bonds | D | Interest | L | T | | | | | |
| 54  -Tax Free Money Market | A | Interest | L | T | | | | | |
| 55  Brokerage Acct. #2 | | | | | | | | | |
| 56  -Del Valle ISD Municipal Bonds | D | Interest | L | T | | | | | |
| 57  -DeSoto Tex ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 58  -Aldine Tex ISD Municipal Bonds | D | Interest | L | T | | | | | |
| 59  -Canadian Riv. Mun. Municipal Bonds | D | Interest | M | T | | | | | |
| 60  -Houston Tex Water Municipal Bonds | D | Interest | M | T | | | | | |
| 61  -Brownsville Tex Municipal Bonds | C | Interest | L | T | | | | | |
| 62  -Lower Col. Riv. Auth. Municipal Bonds | C | Interest | L | T | | | | | |
| 63  -Arlington Texas ISD Municipal Bonds | D | Interest | M | T | | | | | |
| 64  -Harris County Municipal Bonds | D | Interest | M | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 65 -University of N. Tex Municipal Bonds | B | Interest | K | T | | | | | |
| 66 -Aldine Tex ISD Zero Coupo Municipal Bonds | B | Interest | K | T | | | | | |
| 67 -Tex. A&M rev. Zero Coupo Mun. Bonds | B | interest | K | T | | | | | |
| 68 -Gal. Texas Pub. Zero Coupon Mun. Bonds | B | Interest | K | T | | | | | |
| 69 -Houston Tex ISD Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 70 -Houston Tex Wtr & Swr Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 71 -Houston Tex ISD Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 72 -Sharyland ISD Municipal Bon | C | Interest | L | T | | | | | |
| 73 -CMA Tax Exempt Money Market | A | Interest | L | T | | | | | |
| 74 -Bank Money Market | A | Interest | J | T | | | | | |
| 75 Texas State Bank | B | Interest | K | T | | | | | |
| 76 Garage - SPI Tex. Prop. | B | Rent | O | Q | | | | | |
| 77 Northwestern Mutual EOL Life Ins #117 | A | Div. | J | T | | | | | |
| 78 Northwestern Mutual EOL Life Ins #714 | A | Div. | J | T | | | | | |
| 79 Northwestern Mutual Whole Life Ins #642 | A | Div. | J | T | | | | | |
| 80 Northwestern Mutual Whole Life Ins #817 | C | Div. | L | T | | | | | |
| 81 Northwestern Mutual Whole Life Ins #811 | C | Div. | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Andrew Scott Hanen | May 10, 2005 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 82  Northwestern Mutual EOL Life #840 | C | Div. | K | T | | | | | |

| | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

### NOTES ON INVESTMENTS AND TRUSTS:

1. The HJS Partnership interest found in part VII, line 91 (and in part II) of last year's report expired in December of 2003, so it was not included in this year's report.

2. The Fidelity Adv. Div. listed in part VII, line 30 under IRA Account #3 is the same fund listed on the 2003 report in part VII, lines 48 and 49.

3. The Tax Free Money Market contained in part VII, line 54 of this year's report was not included last year because it did not qualify.

4. The CMA Tax Exempt fund found in part VII, line 73 was listed as a separate account last year (part VII, line 89), but it is more properly included, as done herein, as a sub-account under Brokerage Account # 2.

5. The Money Market account listed in part VII, line 74 was listed last year listed in part VII, line 90 as a "Municipal Money Market". It is more accurately described as a Bank Money Market. It, too, is more properly listed as part of the Brokerage Account #2 instead of being a separate account. (See last year's note number 3(e) which describes the sub-account status in brokerage account number 2.)

6. The Texas State Bank listing in part VII, line 75 was not included in last year's report as it did not qualify.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date   5/10/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544